**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP
NACHSHONIM STORAGE BASE, ELAD

**א.א.ב. - יזם משותף**
אבב – סוסה/ א. ארנסון/ קבוצת ברן
פרוייקט בסיס אחסון נחשונים, אלעד

08 July 2004

Ref. USACE/04-0545

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830
cc: William D. Mills, Contracting Officer

VIA Fax (9 pgs): 49 – 611 – 816 - 2618

RE: DACA90-01-C-0043
NACHSHONIM STORAGE BASE

**SUBJECT: Request for Equitable Adjustment for Time Extension – DSB Pressure Test Research and Development Effort**

Dear Sir,

In conjunction with our latest Project Schedule Revision #6 we are developing an historical critical path schedule analysis of the Nachshonim Storage Base project. Attached please find the analysis supporting a 205-day extension of time to the contract completion date due to the unanticipated efforts required of the AAB JV to investigate, analyze, and develop solutions for the DSB envelope construction related to the unachievable pressure testing specification. This analysis covers the period from Notice to Proceed through 10 November 2002 (start of steel spatial frame erection for the Pilot DSB).

The AAB JV requests consideration, in accordance with Contract Clause, Section 00700-33, FAR 52.243-4, Changes, for an equitable adjustment to the project completion date.

The AAB JV respectfully asks your consideration of the attached time extension request. We are currently reviewing other actual periods of performance up to the current project data date and will forward these requests to USACE under separate correspondence.

This REA addresses only the delay caused by the DSB Pressure Test from June 19, 2001 through November 10, 2002. The AAB JV expressly reserves the right to assert entitlement to additional delay for the DSB Pressure Test for other periods of contract performance. The AAB JV also reserves the right to submit a claim and/or REA for additional costs pertaining to the DSB Pressure Test issue, including but not limited to direct costs and extended performance costs.

Sincerely,

S. Denison Keeney
Project Director

Attachments:

1. Request for Equitable Adjustment for Time Extension – DSB Pressure Test Research and Development Effort
2. Project Schedule Analysis – 205 Calendar Day Delay to Pilot DSB Envelop Due To Pressure Test R&D

משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקס: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366