**DEPARTMENT OF THE ARMY**
U. S. ARMY CORPS OF ENGINEERS
Europe District
Konrad-Adenauer Ring 39
65187 Wiesbaden

REPLY TO
ATTENTION OF
Contracting Division

March 16, 2005

Brian Cohen
Bell, Boyd, & Lloyd PLLC
Counsel to A.A.B. Joint Venture
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036 USA

Subject: Contract DACA90-01-C-0043, Nachshonim Storage Base, Elad, Israel, DSB Certified Claim and Request for Contracting Officer's Decision – Government's Anticipated Delivery of Contracting Officer's Decisions

Dear Mr. Cohen:

Reference is made to your request for a Contracting Officer's Decision for the "DSB Pressure Test", in the amount of $11,239,552 and 299 calendar day time extension to the contract performance period, dated February 11, 2005.

A cursory review of your submittal indicates several required items are missing, including Certified Cost and Pricing Data for these amounts in accordance with FAR 15.403-4. This certification is also required by subcontractors when their proposals exceed $550,000. You are reminded that all information described in Table 15-2 of FAR 15.408 must be submitted with this certification. Of primary importance is the need to provide sufficient detail to permit an analysis of all materials (submit invoices), labor, equipment, subcontract, overhead and profit, and, most critically, identification of each item as either factual or judgmental. A breakdown of tax and insurance percentage and detailed documentation of General and Administrative expenses shall also be furnished. Additionally, you have not submitted the documents required in accordance with Contract Specification 01320, Project Schedule, which would support your request for a time extension.

Notwithstanding these contractual requirements, which the government is not waiving; in accordance with Contract Clause 52.233-1 (Section 00700) of the contract, notice is hereby given that the government will issue its decision by September 23, 2005. This time period is necessary due to the complexity of this claim and its interrelation to your previously submitted claims which require an in-depth analysis of the contract schedule.

Sincerely,

William Mills
Contracting Officer