BELL, BOYD & LLOYD PLLC

1L L STREET N.W., SUITE 1200
WASHINGTON, D.C. 20036-5610
202.466.6300 FAX 202.463.0678

OFFICES IN WASHINGTON, D.C.
AND CHICAGO

BRIAN COHEN
202.955.6836
bcohen@bellboyd.com
DIRECT FAX: 202.835.4117

March 23, 2005

Contracting Officer
Department of the Army
Engineer District Europe, Corps of Engineers
PO Box 1 Konrad Adenauer Ring 39
65187 Wiesbaden, Germany
Attention: William D. Mills

Re: DSB Certified Claim

Dear Mr. Mills:

This letter is in response to your letter of March 16, 2005, which in turn responded to the Joint Venture's submission of its DSB Certified Claim by letter dated February 11, 2005.

Paragraph two of your letter states that several required items are missing from the Certified Claim; specifically certified cost and pricing data and documents required by Contract Specification 01320, Project Schedule. Your suggestion that these items are required for submission of a proper certified claim is erroneous.

Without repeating it in its entirety, I would refer you to my letter of December 7, 2004 which addressed this issue. As I noted in that letter the case law interpreting the Contract Disputes Act is clear that a valid CDA claim requires only (1) the submission of a demand in writing; (2) as a matter of right; for (3) a sum certain.

In short, all that is required is that the submission give the contracting officer adequate notice of the basis and amount of the claim. It is obvious that the DSB claim which is 30 pages long and includes 34 supporting exhibits far exceeds the requirements imposed by the CDA.

Further, as I stated in my prior letter, a contractor is not required to submit certified cost or pricing data in support of a claim under the Contract Disputes Act. The United States Court of Appeals for the Federal Circuit has held to this effect in H.L. Smith, Inc., v. Dalton, 49 F.3d 1563 (Fed. Cir. 1995). Similarly, the JV was not required to submit documentation required by Contract Specification Section 01320 in order to submit a valid claim under the Contract Disputes Act.

Finally, I note your statement that the government will issue its decision by September 23, 2005, approximately seven months from the date of submission of the claim. Please be advised that the Joint Venture considers this to be an unreasonable amount of time and will take all legal action in response thereto it deems appropriate.

Very truly yours,

Brian Cohen

BC:meb

cc: Shalom Brilliant