BELL, BOYD & LLOYD PLLC

1615 L STREET N.W., SUITE 1200
WASHINGTON, D.C. 20036-5610
202.466.6300 FAX 202.463.0678

OFFICES IN WASHINGTON, D.C.
AND CHICAGO

BRIAN COHEN
202.955.6836
bcohen@bellboyd.com

July 30, 2004

**VIA UPS**

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

Contracting Officer
Department of the Army
Engineer District Europe, Corps of Engineers
PO Box 1, Konrad Adenauer Ring 39
65187 Wiesbaden, Germany
Attention: William D. Mills

**Re: Contract No. DACA90-01-C-0043**
**Nachshonim Storage Base**
**Certified Claim and Request for Contracting Officer's Decision**
**TCN Labor**

Dear Sir:

Please be advised that the undersigned represents the A.A.B Joint Venture in connection with the above-referenced contract.

Pursuant to FAR 52.233-1 Disputes and the Contract Disputes Act of 1978 as amended (41 U.S.C. 601-613) A.A.B Joint Venture hereby submits this claim in the amount of $4,823,964 and a 55 calendar day compensable time extension. A.A.B Joint Venture specifically requests a Contracting Officer's decision in accordance with the contract and the Contract Disputes Act. A.A.B Joint Venture also claims simple interest as provided by law. You will also find enclosed an executed Claim Certification.

Very truly yours,

Brian Cohen

Brian Cohen

BC:mxg
Enclosures

36174/F/1