**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP

א. א. ב. – …ם משותף
אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE. ELAD

פרוייקט בסיס אחסון נחשונים, אלעד

03 August 2004

Ref. USACE/04-0562

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228. Box 42
APO AE 09830

Contracting Officer
Department of the Army
Engineer Distric Europe, Corps of Engineers
P.O. Box 1, Konrad Adenauer Ring 39
65187 Wiesbaden, Germany
Attention: William D. Mills, Contracting Officer

**DISTRIBUTION**

| NAME | ACTION | INFO |
|---|---|---|
| PROJECT DIR | | ✓ |
| CH DESIGN ENG | | |
| SITE MGR | | |
| ADMIN MGR | | |
| PROC MGR | | |
| Q.C. MGR | | |
| SAFETY MGR | | |
| SCHEDULER | | |
| | | |
| STANLEY | | |
| ARENSON | | ✓ |
| BARAN | | ✓ |
| ABB.N.J. OFFICE | | ✓ |
| [illegible] | | ✓ |
| [illegible] | | ✓ |
| | | |
| SUBJECT FILE | 15.Ta.08 | |

RE: DACA90-01-C-0043
NACHSHONIM STORAGE BASE

SUBJECT: Certified Claim and Request for Contracting Officer's Decision
Erroneous Rejection of Alternate Paint System

Dear Sir,

Further to AAB JV Letter USACE/04-0544, dated 08 July 2004, AAB JV submits the following.

Pursuant to FAR 52.233-1 Disputes and the contract Disputes Act of 1978 as amended (41 U.S.C. 601-613) A.A.B Joint Venture hereby submits this claim in the amount of $3,216,829 and a 129 calendar day compensable time extension. A.A.B Joint Venture specifically requests a Contracting Officer's decision in accordance with the contract and the Contract disputes Act. A.A.B Joint Venture also claims simple interest as provided by law. You will also find enclosed an executed Claim Certification.

Sincerely,

S. D. Keeney
Project Director

Attachments:

1. Certification (1 page)
2. Certified Claim – Erroneous Rejection of Alternate Paint System (3 pages)
3. EXHIBIT 1 – Additional Costs – Rejection of Alternate Paint System (6 pages)
4. Project Schedule Analysis – 129 Calendar Day Delay Due To Erroneous Rejection of Alternate Paint System (1 page)



משרד האתר: ת״ד 37, ראש העין, טל: 03-933-1473 פקס׳: 03-933-1366