**DEPARTMENT OF THE ARMY**
U. S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

January 31, 2005

CENAU-IP-C

Subject: Nachshonim Storage Base, Elad, Israel
Contract No. DACA90-01 -C-0043,
Project Completion (COE-05-008)

Mr. S. Denison Keeney - Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68 100

Attention: Dem Keeney

Dear Sir:

This letter is written to clarify the Government's position regarding the completion of the subject project.

According to Section 0800, paragraph 1, 52.211 -10, Commencement, Prosecution, and Completion of the Work, "The Contractor shall be required to (a) commence work under this contract within 15 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 1095 calendar days. The time stated for completion shall include final cleanup of the premises."

Section 0800, paragraph 2, 52.211-11, Liquated Damages-Construction, further states, "(a) If the Contractor fails to complete the work within the time specified in the contract, or any extension, the Contractor shall pay to the Government as liquidated damages, the sum of $21,000.00 for each day of delay. (b) If the government terminates the Contractor's right to proceed, the resulting damage will consist of liquidated damages until such reasonable time as may be required for final completion of the work together with any increased costs occasioned the Government in completing the work. (c) If the Government does not terminate the Contractor's right to proceed, the resulting damages will consist of liquidated damages until the work is completed or accepted."

Current information regarding the contract completion date is as follows:

| | |
|---|---|
| Notice to Proceed Issued: | June 19, 2001 |
| Original Duration: | 1095 calendar days |
| Time Extensions: | 184 calendar days |
| Current Duration: | 1279 calendar days |
| Current Contract Completion Date: | December 19, 2004 |

The current contract completion date, December 19, 2004 has past and the project is incomplete. According to the contract clauses noted above, you are subjected to liquidated damages in the amount of $21,000.00 for each day of delay past the contract completion date, plus any further extensions that may be granted if justified. The assessment of these damages shall be reflected in your future progress payments.

If there are any further questions, please contact me.

Sincerely,

Michael A. Roach, P.E.
Administrative Contracting Officer