DEPARTMENT OF THE ARMY
U. S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

February 11, 2005

CENAU-IP-C

Subject: Nachshonim Storage Base, Elad, Israel
Contract No. DACA90-01-C-0043,
Payment Estimate 47 (COE-05-014)

Mr. S. Denison Keeney – Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68100

Attention: Deni Keeney

Dear Sir:

Please reference your Payment Estimate No. 47, dated February 2, 2005 (05-0641).

Your request was reduced by $252,000.00 for Liquidated Damages during the month of December, 2004. This amount was computed as follows: December 19, 2004 (current contract completion date) thru December 31, 2004 = 12 days; 12 days @ $21,000.00/day = $252,000.00. This information is also contained on the enclosed ENG FORM 93.

Many changes in your schedule were also included in this submission. Only those which did not affect logic or duration were accepted at this time. These are noted in our RMS data exchange. Accordingly, a corrected update (without changes in logic or duration) is requested for this period. Upon receipt of this update, request that we jointly review any requested changes in your logic or durations.

Narrative statements included with your payment estimate shall be addressed by separate correspondence.

If there are any questions associated with this issue, please contact myself.

Sincerely,

Michael A. Roach, P.E.
Administrative Contracting Officer

Encl.

PAY ESTIMATE - CONTRACT PERFORMANCE
For use of this form, see ER 37-2-10 and ER 37-345-10.

4. DATE: 2-Feb-05 | SHEET 1 OF 6

2. CONTRACTOR AND ADDRESS ABB SUSA/A. ARENSON/BARAN GROUP
P.O. Box 37, Rosh Ha'ayin, 68100, Israel

3. CONTRACT NO. DACA90-01-C-0043

EUROPE

5. DESCRIPTION OF WORK
Nachshonim Storage Base

6. APPROPRIATION AND PROJECT**

7. REQUIRED COMPLETION DATE 19-Dec-04

8. LOCATION
Elad, Israel

9. PERIOD COVERED BY THIS ESTIMATE FROM 26-Dec-04 THRU 25-Jan-05

10. JOB ORDER NO.

11. ESTIMATE NO. 47

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | NTP: 19 Jun 01 | | | | | |
| 1 | BASE BID | 1 JOB | LS | $120,276,510.50 | 69.63% | 83,751,188.32 |
| 2 | OPTIONS TO BASE BID (1,2,3,5,) | 1 JOB | LS | $3,812,665.00 | 45.05% | 1,717,548.96 |
| 3 | CHANGE ORDERS | 1 JOB | LS | $1,914,003.00 | 61.36% | 1,174,386.76 |
| 4 | MATERIAL ON SITE | | | | | 9,040,575.00 |
| 5 | SUBCONTRACTOR DEDUCTIONS BY PRIME CONTRACTOR | | | | | |
| | VAT is 0%. | | | | | |
| | INCLUDES MODIFICATIONS THRU: P00051 | TOTAL CONTRACT | | 126,003,178.50 | TOTAL EARNINGS TO DATE | 95,683,699.04 75.94% |

12. PRESENTED FOR PAYMENT
PAYEE: AAB Joint Venture
PER: S.D.Keeney
DATE: 2-Feb-05
TITLE: Project Director

13. APPROVED FOR PAYMENT
*I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.*

SIGNATURE(S) and TITLE: [signature] Michael A. Roach ACO
DATE: 9 Feb 05

CONTRACTING OFFICER APPROVAL (SIGNATURE)
DATE

| | | |
|---|---|---|
| 14. A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | 1,108,969.57 | |
| B. PREVIOUS RETAINED PERCENTAGE | | |
| C. PREVIOUS PAYMENTS | 91,782,440.75 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 92,891,410.32 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 2,792,288.72 |
| F. LESS RETAINED PERCENTAGE | | |
| G. LESS DEDUCTION OTHER THAN RETAINED<br>Liquidated Damages: (19 Dec 05 thru 31 Dec 05) = 12 days<br>12 days @ $21,000.00 = $252,000.00 | 252,000.00 | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 252,000.00 |
| I. RETAINAGE REFUNDED | | |
| J. OTHER REFUNDS | | |
| K. TOTAL REFUNDS THIS PERIOD | | 0.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 2,540,288.72 |

15. RECAPITULATION:
Retainage 1,108,969.57
Liquidated Damages: 252,000.00
Total Deductions 1,360,969.57
TOTAL PAID (C+L) 94,322,729.47

ENG FORM 93-E (Electronic version approved by HQUSACE 15 Mar 87.)

**(Use reverse side for detailed explanation and/or remarks)