**DEPARTMENT OF THE ARMY**
U. S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

March 10, 2005

CENAU-IP-C

Subject: Nachshonim Storage Base, Elad, Israel
Contract No. DACA90-01-C-0043,
Payment Estimate 48 (COE-05-029)

Mr. S. Denison Keeney – Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68100

Attention: Deni Keeney

Dear Sir:

Please reference your Payment Estimate No. 48, dated March 2, 2005 (05-0658).

Your request was reduced by $651,000 for Liquidated Damages during the month of January, 2005. This amount was computed as follows: January 1, 2005 thru January 31, 2005 = 31 days @ $21,000.00/day = $651,000.00. This information is also contained on the enclosed ENG FORM 93.

Narrative statements included with your payment estimate shall be addressed by separate correspondence.

If there are any questions associated with this issue, please contact myself.

Sincerely,

Michael A. Roach, P.E.
Administrative Contracting Officer

Encl.

14-MAR-2005 15:23 AAB JV 972 3 933 1558 P.04

**PAY ESTIMATE - CONTRACT PERFORMANCE**
For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE: 2-Mar-05 | SHEET 1 OF 6

2. CONTRACTOR AND ADDRESS: ABB SUSAA ARENSON/BARAN GROUP, P.O. Box 37, Rosh Ha'ayin, 68100, Israel

3. CONTRACT NO.: DACA90-01-C-0043

EUROPE

5. DESCRIPTION OF WORK: Nachshonim Storage Base

6. APPROPRIATION AND PROJECT**

7. REQUIRED COMPLETION DATE: 19-Dec-04

8. LOCATION: Elad, Israel

9. PERIOD COVERED BY THIS ESTIMATE: FROM 26-Jan-05 THRU 25-Feb-05

10. JOB ORDER NO.:

11. ESTIMATE NO.: 48

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | NTP: 19 Jun 01 | | | | | |
| 1 | BASE BID | 1 JOB | LS | $120,276,510.50 | 72.27% | 86,928,970.05 |
| 2 | OPTIONS TO BASE BID (1,2,3,5,) | 1 JOB | LS | $3,812,665.00 | 45.90% | 1,749,967.27 |
| 3 | CHANGE ORDERS | 1 JOB | LS | $1,914,003.00 | 62.75% | 1,200,960.48 |
| 4 | MATERIAL ON SITE | | | | | 8,604,290.00 |
| 5 | SUBCONTRACTOR DEDUCTIONS BY PRIME CONTRACTOR | | | | | |
| | VAT is 0%. | | | | | |
| INCLUDES MODIFICATIONS THRU: P00051 | | TOTAL CONTRACT | | 126,003,178.50 | TOTAL EARNINGS TO DATE | 98,484,187.80<br>78.16% |

**12. PRESENTED FOR PAYMENT**

PAYEE: AAB Joint Venture
PER: S.D.Keeney
DATE: 2-Mar-05
TITLE: Project Director

**13. APPROVED FOR PAYMENT**

*I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.*

SIGNATURE AND TITLE: Michael A. Roach
DATE: 10 MAR 05

CONTRACTING OFFICER APPROVAL (SIGNATURE)
DATE

| 14. | | | |
|---|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | | 1,360,969.57 | |
| B. PREVIOUS RETAINED PERCENTAGE | | | |
| C. PREVIOUS PAYMENTS | | 94,322,729.47 | |
| D. PREVIOUS EARNINGS (A+B+C) | | | 95,683,699.04 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | | 2,800,488.76 |
| F. LESS RETAINED PERCENTAGE | | | |
| G. LESS DEDUCTION OTHER THAN RETAINED | Liquidated Damages for January= 31 Days @ $21,000.00 = $ 651,000.00 | 651,000.00 | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | | 651,000.00 |
| I. RETAINAGE REFUNDED | | | |
| J. OTHER REFUNDS | | | |
| K. TOTAL REFUNDS THIS PERIOD | | | 0.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | | 2,149,488.76 |

15. RECAPITULATION:

| | | |
|---|---|---|
| | DEDUCTIONS | 1,108,969.57 |
| (LD total from 19 Dec 04 - 31 Jan 05) | LIQUIDATED DAMAGES | 903,000.00 |
| | TOTAL DEDUCTIONS | 2,011,969.57 |
| | TOTAL PAID (C+L) | 96,472,218.23 |

ENG FORM 93-E (Electronic version approved by HQUSACE 15 Mar 87.)

**(Use reverse side for detailed explanation and/or remarks)