ORIGINAL

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 11 2005
U.S. COURT OF FEDERAL CLAIMS

A.A.B JOINT VENTURE

No 05- 466C

vs.

UNITED STATES OF AMERICA

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the United States Court of Federal Claims and to enable Judges and Masters to evaluate possible disqualification or recusal, the undersigned counsel for A.A.B JOINT VENTURE in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following: ABB Ltd. and THE BARAN GROUP.

April 11, 2005
Date

[signature]
Counsel for A.A.B Joint Venture

80184/F/1