# In the United States Court of Federal Claims

No. 04-466 C

(Filed: May 16, 2005)

************************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

As discussed in the status conference held for 04-1719C and 04-1792C, held May 12, 2005, the Court hereby ORDERS the following:

1. The deadline for the answer shall be postponed until **July 8, 2005**, to allow Defendant to file a motion to dismiss in lieu of an answer.

5. On or before **July 8, 2005**, Defendant shall file its proposed motion to dismiss for lack of jurisdiction regarding all claims. Plaintiff's response and Defendant's reply shall follow according to the Rules of the Court.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge