IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-466C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of three business days, to and including July 13, 2005, within which to respond to plaintiff's complaint and to file a motion to dismiss in lieu of an answer to the complaint, in accordance with the Court's order of May 16, 2005. Pursuant to that order, defendant's motion to dismiss is presently due July 8, 2005. This is our first request for an enlargement of time for this purpose.[1] Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

In separate orders issued by the Court in this case and two related cases – Nos. 04-1719C and 04-1792C – the Government was directed to file motions to dismiss raising jurisdictional issues previously noted in joint preliminary status reports and status conferences conducted in the related cases. Such motions were timely filed in the other two cases. The Government requires several additional days, however, within which to file such a motion in this case.

During the past week, Government counsel has been occupied not only with the completion of motions to dismiss in this case and the above-mentioned related cases, but also with the following matters: Oral argument on motions to dismiss in Grass Valley Terrace v.

[1] Although this is our first request for an enlargement of time for this purpose, the May 16, 2005 order stated, pursuant to a status conference in two related cases, that the "deadline for the answer shall be postponed until July 8, 2005, to allow Defendant to file a motion to dismiss in lieu of an answer."

United States, No. 98-726C (Fed. Cl.) , on July 7, 2005; the preparation and filing of objections, due July 7, 2005, to a $104,500 bill of costs filed by the plaintiffs in Franconia Associates v. United States, No. 97-381C (Fed. Cl.); settlement discussions in Grass Valley and various cases related to Grass Valley; and consultations concerning the preparation of the Government's expert report in Atwood-Leisman v. United States, No. 98-815C (Fed. Cl.), which is due July 13, 2005.

The enlargement of time we are requesting is necessary to allow Government counsel to complete the draft motion to dismiss in this case and obtain the necessary review of the draft within the Department of Justice.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**Filed electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

July 8, 2005