# In the United States Court of Federal Claims

No. 04-466 C

(Filed: July 13, 2005)

| | |
|---|---|
| ********************************** | |
| **A.A.B JOINT VENTURE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On July 8, 2005, Defendant filed an unopposed motion for an enlargement of time to file its motion to dismiss in lieu of an answer.

Defendant's motion is hereby GRANTED. Defendant's motion to dismiss Plaintiff's complaint in lieu of an answer shall be filed on or before **July 13, 2005**.

The Court directs defense counsel to review its Special Procedures Order ("SPO"), issued May 27, 2005, which requires that motions for enlargement of time be filed "as early as possible . . . generally at least five (5) business days in advance." SPO ¶ 4(a). Counsel is expected to comply with the SPO when filing any future motion for enlargement, or risk the denial of such motion.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge