IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-466C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**RCFC RULE 41(A)(1)(ii) STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The parties stipulate to dismiss this action without prejudice pursuant to RCFC Rule 41(a)(1)(ii).

Respectfully submitted,

Bell, Boyd & Lloyd PLLC

**/s/ Brian Cohen**
Brian Cohen, Esq.
Bell, Boyd & Lloyd PLLC
1615 L Street, N.W.
Suite 1200
Washington, DC
(202) 955-6823 (phone)
(202) 835-4130 (fax)

*Attorneys for Plaintiffs*

Dated: August 11, 2005

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**/s/ (signed by Brian Cohen with permission)**
DAVID M. COHEN
Director

**/s/ (signed by Brian Cohen with permission**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: August 11, 2005